IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| CAROLYN BALDWIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | Case No. 1:24-CV-02866 |
| MONAGHAN FARMS, INC., ) | |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, CAROLYN BALDWIN, and Defendant, MONAGHAN FARMS, INC., by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby jointly stipulate to the dismissal of Defendant and this entire Action with prejudice. Each party bears their own fees and costs.

Respectfully submitted this 19th day of December, 2024.

Law Offices of
THE SCHAPIRO LAW GROUP, P.L.

/s/ *Douglas S. Schapiro*_____
Douglas S. Schapiro, Esq.
State Bar No. 54538FL
The Schapiro Law Group, P.L.
7301-A W. Palmetto Park Rd., #100A
Boca Raton, FL 33433
Tel: (561) 807-7388
Email: schapiro@schapirolawgroup.com

Attorney for Plaintiff

*/s/   Serena L. Hendon*
Serena L. Hendon, Esq. (45028)
Montgomery Litle & Soran, P.C.
5445 DTC Parkway, Suite 800
Greenwood Village, CO  80111
Tel:  (303) 779-2708
Email:  jsoran@montgomerylittle.com

Attorney for Defendant, Monaghan Farms, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of December 2024, we electronically filed the forgoing with the Clerk of the Court by using the CM/ECF system.

/s/  Douglas S. Schapiro
Douglas S. Schapiro
State Bar No. 54538FL